**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BENJAMIN WITTES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-01073 (CRC) |
| | ) |
| U.S. DEPARTMENT OF STATE, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, U.S. Department of State ("Defendant"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff's Complaint filed on May 7, 2018, and states as follows:

## DEFENSES

1. As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the FOIA.

4. Plaintiff's FOIA request does not reasonably describe the records sought.

5. Plaintiff's FOIA request would impose an unreasonable burden.

## DEFENDANT'S RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant denies all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer. Defendant admits, denies, or otherwise answers the numbered paragraphs in the complaint as follows:

1-4. The allegations in these paragraphs contain Plaintiff's characterization of alleged background information and not allegations of fact pertinent to this FOIA action to which a response is required.

5. Defendant admits that Plaintiff submitted a FOIA request to the Department of State dated January 19, 2018. Defendant respectfully refers the Court to the request for a full and accurate statement of its contents and denies any allegations inconsistent therewith. The remaining allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which a response is required.

6. The first sentence of this paragraph consists of conclusions of law to which no response is required. The second sentence of this paragraph consists of Plaintiff's characterization of the relief sought in this action to which no response is required.

## JURISDICTION AND VENUE[1]

7. This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

8. This paragraph consists of conclusions of law regarding venue to which no response is required.

---

[1] Merely for ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

## PARTIES

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Defendant admits the first sentence of this paragraph. The second sentence of this paragraph consists of legal conclusions to which no response is required.

## STATEMENT OF FACTS

11-20. The allegations in these paragraphs contain Plaintiff's characterization of alleged background information and not allegations of fact pertinent to this FOIA action to which a response is required.

21. Defendant admits that Plaintiff submitted a FOIA request dated January 19, 2018.

22. Defendant respectfully refers the Court to the referenced request for the full and accurate statement of its contents and denies any allegations inconsistent therewith.

23. Defendant admits the allegations in this paragraph and respectfully refers the Court to the FOIA request for the full and accurate statement of its contents.

24. Defendant admits that it sent an email to Scott Anderson on February 12, 2018. Defendant respectfully refers the Court to for the email for the full and accurate statement of its contents and denies any allegations inconsistent therewith.

25. Defendant admits that it sent an email to Quinta Jurecic and Benjamin Wittes on February 9, 2018, and received an email from Scott Anderson dated February 12, 2018. Defendant respectfully refers the Court to for the email exchange for the full and accurate statement of its contents and denies any allegations inconsistent therewith.

26. This paragraph consists of conclusions of law to which no response is required.

27. The first sentence of this paragraph consists of conclusions of law to which no response is required. With respect to the second sentence in this paragraph, Defendant admits that it has not issued a final determination regarding Plaintiff's request for a fee waiver.

## **COUNT I**

28. Defendant answers and incorporates by reference its responses to paragraphs 1-27 above.

29. This paragraph states a conclusion of law to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations in this paragraph.

The remainder of the Complaint consists of Plaintiff's requests for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

> Respectfully submitted,
>
> JESSIE K. LIU, D.C. Bar. No. 472845
> United States Attorney
>
> DANIEL F. VAN HORN, D.C. Bar No. 924092
> Chief, Civil Division
>
> By:   /s/  *Damon Taaffe*
> DAMON TAAFFE, D.C. Bar No. 483874
> Assistant United States Attorney
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 252-2544
> damon.taaffe@usdoj.gov